## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

FRANCES HORNE,

     Plaintiff,

v.                                                                        No. 1:21-cv-1025 KWR/KRS

SMITH'S FOOD & DRUG CENTERS, INC.

     Defendant.

### ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS

At the Rule 16 scheduling conference held on January 12, 2022, the Court reviewed the

parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the

dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED**.

_____

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE