# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **FRANCES HORNE,** | § § § | |
| Plaintiff, | § § § | |
| V. | § § | No.: 1:21-cv-1025-KWR-KRS |
| **SMITH'S FOOD & DRUG CENTERS, INC.,** | § § § § | |
| Defendant. | § § § | |

# ORDER GRANTING DEFENDANT SMITH'S FOOD & DRUG CENTERS, INC.'S

# UNOPPOSED MOTION TO DISMISS

**THIS MATTER** came before the Court upon the Unopposed Motion of Defendant Smith's Food & Drug Centers, Inc. to dismiss all claims against it. It appearing to the Court that the motion is unopposed and is otherwise **WELL-TAKEN**, finds the motion shall be **GRANTED.**

**WHEREFORE, IT IS HEREBY ORDERED** that all claims against Smith's Food & Drug Centers, Inc., are hereby **DISMISSED WITH PREJUDICE**, with the parties to those claims bearing their own costs and attorney's fees.

**IT IS SO ORDERED.**

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

1

**SUBMITTED BY:**

By: */s/ Erica R. Neff*
ERICA R. NEFF
CONLIN, McKENNEY & PHILBRICK, P.C.
*Attorneys for* Smith's Food & Drug Centers, Inc.
350 South Main Street, Suite 350
Ann Arbor, MI 48104
Telephone: (734) 761-9000
Facsimile: (734) 761-9001


**APPROVED BY:**

By: *Approved via e-mail by Attorney Pinon on 6/1/22*
Aaron J. Pinon
SANCHEZ & PINON
*Attorneys for Plaintiff*
541 Quantum Rd.
Rio Rancho, NM 87124
(505) 338-0209
apinon@sanchezpinon.com